UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY NICHOLAS STESHENKO, | ) Case No.: 13-CV-04948-LHK |
| Plaintiff, | ) ORDER |
| v. | ) |
| GERALDINE M. ALBEE, et al., | ) |
| Defendants. | ) |

Pursuant to Civil Local Rule 7-1(b), the Court finds the Defendants' motion to dismiss appropriate for resolution without a hearing and hereby VACATES the hearing set for September 18, 2014 at 1:30 p.m. The Case Management Conference set for September 24, 2014 at 2 p.m. remains as set.

**IT IS SO ORDERED.**

Dated: September 17, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-04948-LHK
ORDER