UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GREGORY NICHOLAS STESHENKO,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>SUZANNE GAYRARD, et al.,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| GREGORY NICHOLAS STESHENKO,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>GERALDINE M. ALBEE, et al.,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case Nos.: 13-CV-03400-LHK
　　　　　　13-CV-04948-LHK

CASE MANAGEMENT ORDER

　　　A case management conference is scheduled for October 8, 2014, at 2 p.m.

　　　The Court refers this case to Magistrate Judge Nathanael Cousins for a settlement conference with a ninety-day deadline.

　　　The Court again refers Mr. Steshenko to the Federal Legal Assistance Self-Help Center (FLASH). Mr. Steshenko can visit the Center on the 2nd floor of the San Jose federal courthouse or call (408) 297-1480, Monday through Wednesday from 9:30 a.m. to 4 p.m. FLASH Director Solomon was unable to identify pro bono counsel previously. However, now that Mr. Steshenko's cases have survived motions to dismiss, the Court again requests that Director Solomon assist Mr. Steshenko in finding pro bono counsel.

　　　In light of the parties' joint case management statement, the Court proposes the following case schedule:

FACT DISCOVERY CUTOFF: April 15, 2015

1

Case Nos.: 13-CV-03400-LHK, 13-CV-04948-LHK
CASE MANAGEMENT ORDER

EXPERT DISCOVERY:
    Opening Reports: April 30, 2015
    Rebuttal Reports: May 14, 2015
    Close of Expert Discovery: May 29, 2015

DISPOSITIVE MOTIONS shall be filed by June 11, 2015, and set for hearing no later than July 9, 2015 at 1:30 p.m. The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: August 27, 2015, at 1:30 p.m.

JURY TRIAL: September 14, 2015, at 9 a.m. Trial is expected to last 7 days.

By 5 p.m. on Monday, October 6, 2014, the parties shall file any objections to the proposed schedule. If the parties file no objections, the Court will vacate the October 8, 2014 case management conference.

**IT IS SO ORDERED.**

Dated:  October 3, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge