United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

GREGORY NICHOLAS STESHENKO,

Plaintiff,

v.

SUZANNE GAYRARD, et al.,

Defendants.

GREGORY NICHOLAS STESHENKO,

Plaintiff,

v.

GERALDINE M. ALBEE, et al.,

Defendants.

Case Nos.: 13-CV-03400-LHK
13-CV-04948-LHK

CASE MANAGEMENT ORDER

The Court continues the October 8, 2014 case management conference to January 14, 2014 at 2 p.m.

The parties filed no objections to the Court's October 3, 2014 proposed case schedule. The case schedule is therefore set as follows:

FACT DISCOVERY CUTOFF: April 15, 2015

EXPERT DISCOVERY:
Opening Reports: April 30, 2015
Rebuttal Reports: May 14, 2015
Close of Expert Discovery: May 29, 2015

DISPOSITIVE MOTIONS shall be filed by June 11, 2015, and set for hearing no later than July 9, 2015 at 1:30 p.m. The parties are limited to one dispositive motion per side in the entire case.

**United States District Court**
For the Northern District of California

FINAL PRETRIAL CONFERENCE: August 27, 2015, at 1:30 p.m.

JURY TRIAL: September 14, 2015, at 9 a.m. Trial is expected to last 7 days.

**IT IS SO ORDERED.**

Dated: October 6, 2014

Lucy H. Koh

LUCY H. KOH
United States District Judge