1  Gregory Nicholas Steshenko, Pro Se

2  3030 Marlo Court

3  Aptos, CA 95003

4  tel. (831)688-1210

## UNITED STATES DISTRICT COURT

## FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY STESHENKO,<br><br>        Plaintiff<br><br>v.<br><br>SUZANNE GAYRARD et al. ;<br>GERALDINE ALBEE et al.,<br>Defendants | Case Nos:  **5:13-cv-03400-LHK**<br>                **5:13-cv-04948-LHK**<br><br>PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO LR 75-5<br><br>_____<br><br>Date: April 2, 2015<br><br>Time: 1:30 p.m.<br><br>Courtroom: 8, 4-th Floor<br><br>District Judge: Hon. Lucy H. Koh |

1

1. On December 19, 2014, Defendants' counsel Jeffrey Vincent filed a frivolous motion to dismiss the case because of pecunious status of Plaintiff. The motion incompetently and maliciously levels baseless criminal allegations against Plaintiff.

2. On the same day, Plaintiff filed his opposition to the motion. As a part of that opposition, Plaintiff submitted Exhibits A through C accompanying this motion to the Courtroom Deputy Stacy Sakamoto at lhkcrd@cand.uscourts.gov, for filing them under seal pursuant to LR 79-5 (c)  and 79-5 (d)(1)(D). Plaintiff is unable to file any documents under seal via ECF, therefore the only option for him to comply with the foregoing sections of LR 79-5 was to send the documents to Ms. Sakamoto.  Moreover, ECF notified Plaintiff that he is not even authorized to file an administrative motion under 79-5.

3. Exhibit A discusses welfare status of Plaintiff. The document is privileged under Division 19 (Confidentiality of Records) of the California Department of Social Services Manual of Policies and Procedures and California Constitution. The document has no relevance to the subject matter of this case.

4.  Exhibit B is the 2008 permanent separation agreement of Plaintiff and his former wife. The document is privileged as it relates to the private matter, and nothing else. The document has no relevance to the subject matter of this case.

5. Exhibit C is the 2009 surety transfer deed from Plaintiff to his mother. The document is privileged as it relates to the private family matter, and nothing else. The document has no relevance to the subject matter of this case.

6. Accordingly, Plaintiff requests that the Court seals Exhibits A through C in their entirety.

Dated: December 23, 2014



_____

Gregory Steshenko, Plaintiff

**DECLARATION OF GREGORY STESHENKO PURSUANT TO LR. 79-5(d)(1)(a)**

I, Gregory Steshenko, hereby declare under the penalty of perjury the following:

(1) The documents (Exhibits A through C) that I submitted to Ms. Sakamoto on December 19, 2014 are sealable because they relate to the private, confidential family matters of no relevance to the subject matter of this case. Filing of incompetent and malicious motions does not entitle Defendants to access to these documents. The documents were sent to Ms. Sacamoto pursuant to LR 79-5 (c) and 79-5 (d)(1)(D), as Plaintiff is unable to file any documents under seal via ECF. Moreover, ECF notified Plaintiff that he is not even authorized to file an administrative motion under 79-5.

(2) Exhibit A discusses welfare status of Plaintiff. The document is privileged under Division 19 (Confidentiality of Records) of the California Department of Social Services Manual of Policies and Procedures and California Constitution. The document has no relevance to the subject matter of this case.

(3) Exhibit B is the 2008 permanent separation agreement of Plaintiff and his former wife. The document is privileged as it relates to the private matter, and nothing else. The document has no relevance to the subject matter of this case.

3

(4) Exhibit C is the 2009 surety transfer deed from Plaintiff to his mother. The document is privileged as it relates to the private family matter, and nothing else. The document has no relevance to the subject matter of this case.

(5) The documents should be sealed in their entirety. There is not a single part of these documents that does not relate to the private family matters and/or is relevant to the subject matter of the case.

Dated: December 23, 2014

_____
            Gregory Steshenko, Plaintiff

### PROPOSED ORDER PURSUANT TO LR. 79-5(d)(1)(B)

For a good cause shown, the Court orders that Exhibits A through C accompanying Plaintiff's opposition to Defendants' December 19, 2014 motion to dismiss are to be sealed, as Exhibit A is confidential under California law, and Exhibits B and C relate to the private family matters of no relevance to the subject matter of the instant case.

IT IS SO ORDERED.

_____
            Lucy H. Koh, U.S. District Judge